**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **CRAIG L. TAYLOR,** | ) |
| | ) |
|     **Petitioner,** | ) |
| | ) |
| **v.** | )    **CIV-07-283-R** |
| | ) |
| **ERIC FRANKLIN, Warden,** | ) |
| | ) |
|     **Respondent.** | ) |

## O R D E R

Petitioner Craig L. Taylor paid the filing fee herein on March 21, 2007. Accordingly, the Report and Recommendation of United States Magistrate Judge Gary M. Purcell [Doc. No. 5] entered March 12, 2007 is REJECTED as moot. This matter is again referred to Magistrate Judge Purcell for further proceedings consistent with the Court's original Order of Referral, including but not limited to consideration of Petitioner's motion to amend his habeas corpus petition [Doc. No. 7].

**It is so ordered this 16th day of April, 2007.**

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE